THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. RYAN, on Behalf of RICHARD SHAVER, Respondent, v KEVIN CHEVERKO et al., Appellants.

Submitted July 29, 2013; decided August 22, 2013

Motion by New York State Defenders Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

PINNACLE CHARTER SCHOOL et al., Appellants, v BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Submitted July 29, 2013; decided August 22, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.

NANDKUMAR RAMKUMAR, Appellant, v GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Respondents. GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Third-Party Plaintiffs-Respondents, v GEORGINA D. CASTILLO, Third-Party Defendant-Respondent.

Submitted August 19, 2013; decided August 22, 2013

Motion by New York Insurance Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.